# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLAUDE CLEANTE,

    Plaintiff(s),

v.

WYNN CASINO,

    Defendant(s).

2:13-CV-1932 JCM (VCF)

## ORDER

Presently before the court is Magistrate Judge Ferenbach's report and recommendation. (Doc. # 2). The magistrate recommends that *pro se* plaintiff Claude Cleante's complaint (doc. # 3) be dismissed without prejudice. Plaintiff has filed objections that, in addition to being untimely, do not identify anything in the magistrate's report that is incorrect. In fact, the "objections" merely add further confusion to plaintiff's already deficient complaint.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna–Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection.").

**James C. Mahan**
**U.S. District Judge**

1   Plaintiff's complaint falls woefully short of satisfying the requirements of Fed. R. Civ. P. 8. The complaint appears to be a five page combination of copied and pasted excerpts from a Nevada Supreme Court case along with duplicate pages of incoherent rambling.  The most the court is able to discern from the complaint is that the Wynn allegedly failed to follow its own protocols when it suspended an unidentified employee.  The complaint provides no further facts or allegations, and it is wholly unclear what the alleged dispute is about.  Even with the liberal standard applied to *pro se* litigants in mind, the court cannot discern any cause(s) of action plaintiff may have, nor can it identify against whom they are alleged.  The magistrate's report and recommendation is ADOPTED in its entirety.

The complaint is dismissed without prejudice.  If plaintiff wishes to re-file a new complaint, it must identify the five following things as indicated by the magistrate: (1) a jurisdictional basis; (2) causes of action; (3) parties to the action; (4) the underlying facts giving rise to his claim(s) for relief; and (5) a description of the relief sought.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's report and recommendation (doc. # 2) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff's complaint (doc. # 3) be, and the same hereby is, DISMISSED without prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to seal (doc. # 6) be, and the same hereby is, DENIED.

DATED March 3, 2014.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge